

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00115-CV

_____

IN THE MATTER OF THE MARRIAGE OF
TONYA K. SMITH AND JUSTIN TRENT SMITH
AND IN THE INTEREST OF L. S., A CHILD

On Appeal from the 102nd District Court
Red River County, Texas
Trial Court No. CV02390

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Justin Trent Smith, the appellant in this case, has filed a motion seeking to dismiss his appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.


Jack Carter
Justice


Date Submitted:     January 17, 2013
Date Decided:       January 18, 2013